MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Michael Godwin (SBN 323261)
mjgodwin@mintz.com
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
Telephone: (858) 314-1500

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Kara M. Cormier (*pro hac vice forthcoming*)
kmcormier@mintz.com
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

*Attorneys for Plaintiff STN Digital LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STN DIGITAL LLC, a California limited liability company,<br><br>                 Plaintiff,<br>       v.<br><br>DRONE RACING LEAGUE, INC., a Delaware corporation; and INFINITE REALITY INC., a New York Corporation,<br><br>                 Defendants. | Case No. 25-cv-00706-RSH-MSB<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>[PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT]<br><br>Date:     June 17, 2025<br>Judge:    Hon. Robert S. Huie<br>          Courtroom 3B |

1  PLEASE TAKE NOTICE that on June 17, 2025, in Courtroom 3B of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, Plaintiff STN Digital LLC ("Plaintiff") will and hereby does move for an order granting default judgment against Defendants Drone Racing League, Inc. and Infinite Reality Inc.

Plaintiff's Motion is made pursuant to this Notice of Motion, the attached Memorandum of Points and Authorities, the attached declaration of Michael Godwin, and any additional arguments or materials that may be submitted to this Court before the time of its decision.

Dated: May 13, 2025.

/s/ Michael Godwin
Michael Godwin