MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Michael Godwin (SBN 323261)
mjgodwin@mintz.com
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Kara M. Cormier (*pro hac vice forthcoming*)
kmcormier@mintz.com
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

*Attorneys for Plaintiff STN Digital LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STN DIGITAL LLC, a California limited liability company,<br><br>              Plaintiff,<br><br>     v.<br><br>DRONE RACING LEAGUE, INC., a Delaware corporation; and INFINITE REALITY INC., a New York Corporation,<br><br>              Defendants. | Case No. 25-cv-00706-RSH-MSB<br><br>**DECLARATION OF MICHAEL GODWIN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>[PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT]<br><br>Date:     June 17, 2025<br>Judge:    Hon. Robert S. Huie<br>          Courtroom 3B |

DECLARATION OF MICHAEL GODWIN IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT

I, Michael Godwin, declare as follows under 28 U.S.C. § 1746:

1. I am an attorney at Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., counsel for Plaintiff STN Digital LLC ("Plaintiff"). I am an attorney in good standing in the State of California and this Court. I submit this declaration in support of Plaintiff's motion for default judgment against Defendants Drone Racing League, Inc. ("DRL") and Infinite Reality Inc. ("IR") (together, "Defendants").

2. My office emailed IR's in-house counsel copies of the Complaint and Summons on April 2, 2025 to ask if IR's in-house counsel would accept service. IR's in-house counsel did not respond to this request.

3. DRL was personally served with a copy of the Summons and Complaint in this action on March 28, 2025. *See* ECF No. 4.

4. DRL's deadline to respond to the Complaint was April 18, 2025.

5. IR was personally served with a copy of the Summons and Complaint in this action on April 5, 2025. *See* ECF No. 5.

6. IR's deadline to respond to the Complaint was April 28, 2025.

7. Since being served, however, neither Defendant has filed an answer to the Complaint or any other responsive pleading, nor has my office been contacted by either Defendant or anyone acting on behalf of either Defendant to request an extension of either Defendant's deadline to respond to the Complaint (or for any other purpose).

8. Default was entered against DRL on April 28, 2025. *See* ECF No. 7.

9. Default was entered against IR on May 1, 2025. *See* ECF No. 9.

10. IR and DRL are corporations and therefore cannot be a minor or incompetent person and cannot serve in the military.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2025.

                                                */s/ Michael Godwin*
                                                Michael Godwin

DECLARATION OF MICHAEL GODWIN IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT