MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Michael Godwin (SBN 323261)
mjgodwin@mintz.com
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Kara M. Cormier (*pro hac vice forthcoming*)
kmcormier@mintz.com
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000

*Attorneys for Plaintiff STN Digital LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STN DIGITAL LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DRONE RACING LEAGUE, INC., a Delaware corporation; and INFINITE REALITY INC., a New York Corporation,<br><br>Defendants. | Case No. 25-cv-00706-RSH-MSB<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed: March 26, 2025<br>The Honorable Robert S. Huie<br>Courtroom 3B |

- 1 -
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 3580 Carmel Mountain Road, Suite 300, San Diego CA 92130. On May 13, 2025, I served true and correct copies of the following documents:

1. NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT;
2. DECLARATION OF MICHAEL GODWIN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; AND
3. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT.

| ☒ | **BY U.S. MAIL**: By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail. |
|---|---|
| | Drone Racing League, Inc. a Delaware corporation<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207<br><br>Infinite Reality Inc., a New York Corporation<br>C/O Anita L. Thompson<br>2 Amsterdam Place, Unit C4<br>Mount Vernon, NY 10550 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 13, 2025, at San Diego, California.

*[signature]*
Alison Cordero

- 2 -
CERTIFICATE OF SERVICE