UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STN DIGITAL, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DRONE RACING LEAGUE, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 25-cv-706-RSH-MSB<br><br>**ORDER DIRECTING ADDITIONAL BRIEFING** |

On March 26, 2025, Plaintiff filed a complaint for breach of contract, account stated, and quantum meruit. ECF No. 1. The Complaint alleges that defendants Drone Racing League, Inc. ("DRL") and Infinite Reality Inc. ("IR") (collectively "Defendants") failed to pay invoices for the performance of services by Plaintiff in violation of a Master Services Agreement entered into by the Parties. *Id.* ¶ 8. Despite being served by Plaintiff, Defendants have not responded to the Complaint or otherwise participated in this action. The Clerk entered default against defendant DRL on April 28, 2025 [ECF No. 7], and against defendant IR on May 1, 2025 [ECF No. 9]. Plaintiff subsequently filed a motion for default judgment. ECF No. 10.

//

    Plaintiff's motion for default judgment seeks $256,693 for the value of services rendered, plus prejudgment interest of one percent (1%) per month, costs, and attorney's fees. ECF No. 10 at 11.

    Upon default, "the factual allegations of the complaint, except those relating to the amount of damages, will be taken as true." *Geddes v. United Fin. Grp.*, 559 F.2d 557, 560 (9th Cir. 1977). Consequently, in seeking default judgment, a plaintiff "is required to prove all damages sought in the complaint." *Philip Morris USA, Inc. v. Castworld Products, Inc.*, 219 F.R.D. 494, 498 (C.D. Cal. 2003). In determining damages, a court may rely on the declarations submitted by the plaintiff or order a full evidentiary hearing. *Id.* at 498 (citing Fed. R. Civ. P. 55(b)(2)).

    Plaintiff's motion does not prove its entitlement to its claimed amount of compensatory damages. Plaintiff also does not identify the amounts sought in costs, fees, or interest, or factually support such claimed amounts. Accordingly, the Court grants Plaintiff leave to file no later than **July 21, 2025**, a supplemental submission addressing its entitlement to any and all relief sought in this case. The Court will deny any relief not properly supported.

**IT IS SO ORDERED.**

Dated: July 7, 2025

_____
Hon. Robert S. Huie
United States District Judge